IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JUAN ALBERTO BARRIOS MORALES, | § § | |
| Petitioner, | § § | |
| v. | § § | 1:26-CV-290-RP |
| KRISTI NOEM, *Secretary of the U.S. Department of Homeland Security*, et al., | § § § § | |
| Respondents. | § § | |

**ORDER**

Before the Court is Petitioner Juan Alberto Barrios Morales's ("Petitioner") Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. (Dkt. 1). Petitioner invoked 28 U.S.C. § 2243, and the Court ordered Respondents Kristi Noem, Secretary of the U.S. Department of Homeland Security; Todd M. Lyons, Director of U.S. Immigration and Customs Enforcement; Miguel Vergara, Acting Director of ICE Field Office, U.S. Immigration and Customs Enforcement; and Charlotte Collins, Warden, T. Don Hutto Detention Center (together, "Respondents") to show cause as to why the petition should not be granted. (Order, Dkt. 3). Respondents filed a response brief on Monday, February 17, 2026. (Dkt. 4).

This Court previously interpreted 8 U.S.C. § 1225(b)(2) as not applying to those like Petitioner who have been residing in the country for years, as opposed to a noncitizen present in the United States who has recently arrived and is actively seeking admission. *See, e.g.*, *Guzman v. Bondi*, --- F. Supp. 3d ---, No. 1:25-CV-2055-RP, 2025 WL 3724465 (W.D. Tex. Dec. 23, 2025). On the same date that the parties' briefing concluded, that interpretation was rejected by a Fifth Circuit panel. *Buenrostro-Mendez v. Bondi*, --- F.4th ---, No. 25-20496, 2026 WL 323330 (5th Cir. Feb. 6, 2026).

Petitioner has alleged that he is entitled to a writ on additional grounds including that his detention violates his rights to substantive and procedural due process guaranteed by the Fifth

Amendment. The Court will set an expedited briefing schedule to determine whether this Court should order release on alternate grounds, independent of its prior interpretation of specific provisions of the INA rejected by the Fifth Circuit. *See, e.g.*, *Santiago v. Noem*, No. EP-25-CV-361-KC, 2025 WL 2792588, at *7 (W.D. Tex. Oct. 2, 2025) (ordering release based on detention violating the Due Process Clause).

**IT IS ORDERED** that Petitioner file a supplemental brief or amended petition on or before **February 25 2026** elaborating on his constitutional or other claims as independent grounds for release. Respondents may file a response brief on or before **March 2, 2026**, and Petitioner may file a reply on or before **March 6, 2026**.

**SIGNED** on February 18, 2026.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE